# U.S. District Court
## Northern District of West Virginia (Martinsburg)
## CRIMINAL DOCKET FOR CASE #: 3:20-cr-00013-GMG-RWT-4

Case title: USA v. Morales, et al                    Date Filed: 03/17/2020

Assigned to: Chief Judge Gina M. Groh
Referred to: Magistrate Judge Robert
W. Trumble

**Defendant (4)**

**Damanya Terelle Carter**

| Pending Counts | Disposition |
| --- | --- |
| CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (2) | |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
| --- | --- |
| None | |

**Plaintiff**

| **USA** | represented by | **Lara K. Omps-Botteicher** |
| --- | --- | --- |
| | | U.S. Attorney's Office - Mrt. |
| | | U.S. Courthouse |
| | | 217 W. King Street, Suite 400 |
| | | Martinsburg, WV 25401 |
| | | (304) 262-0590 |
| | | Fax: (304) 262-0591 |
| | | Email: Lara.Omps-Botteicher@usdoj.gov |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: United States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/17/2020 | 1 | INDICTMENT with Forfeiture Allegation as to Terry Jimenez Morales (1): counts 1,3,4; Jean Carlos Rivera Aponte (2): counts 1,3,4; Luis Manue Solero Ortiz (3): counts 1,4-5; and Damanya Terelle Carter (4): count 2. Copy to USA, USMS and USPO. (cwm) (Entered: 03/17/2020) |
| 03/17/2020 | 2 | *SEALED* Indictment - Unredacted re: 1 Indictment as to Terry Jimenez Morales, Jean Carlos Rivera Aponte, Luis Manue Solero Ortiz, and Damanya Terelle Carter. (Attachments: # 1 Grand Jury Docket Sheet - Morales, # 2 Grand Jury Docket Sheet - Aponte, # 3 Grand Jury Docket Sheet - Ortiz, and # 4 Grand Jury Docket Sheet - Carter) (cwm) (Entered: 03/17/2020) |
| 03/17/2020 | 4 | ORDER TO SEAL as to Terry Jimenez Morales (1), Jean Carlos Rivera Aponte (2), Luis Manue Solero Ortiz (3) and Damanya Terelle Carter (4). Signed by Magistrate Judge Robert W. Trumble on 03/17/2020. (cwm) (Entered: 03/17/2020) |
| 08/06/2020 |  | Case unsealed as to Terry Jimenez Morales, Jean Carlos Rivera Aponte, Luis Manue Solero Ortiz, Damanya Terelle Carter per Order to Seal deft arrested (cmd) (Entered: 08/06/2020) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/07/2020 08:15:16 | | |
| **PACER Login:** | us3753:2653133:0 | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** | 3:20-cr-00013-GMG-RWT |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**