# APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

UNITED STATES OF AMERICA                        Case No.:  5:20mj00036

v.                                              Date:  8/7/20

Damanya Terelle Carter

                                                Time in Court: 2:19-2:47=28 minutes

TYPE OF HEARING:  Rule 5

*******************************************************************************
**PARTIES/SPEAKERS:**

1. USMJ - Joel C. Hoppe            6. PO – Brittany Warren
2. AUSA – Sean Welsh               7.
3. Dft – Carter                    8.
4. Dft atty – Andrea Harris        9. deputy clerk - Karen Dotson
5.                                 10.

*******************************************************************************
CD NO(S). ZOOM Recording          RECORDED BY:  Karen Dotson

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 2:19 | 1,9,1,2, |  | 2 |  |  |  |  |  |  |
|  | 1,4,1 | 41 | 1,4 |  |  |  |  |  |  |
| 20 | 3,1,3,1 | 42 | 1 |  |  |  |  |  |  |
|  | 3,1,3,1 | 43 | 6,1 |  |  |  |  |  |  |
| 25 | 2 |  | 9,1, |  |  |  |  |  |  |
| 26 | 1,2,1,3, | 47 | 3,1,2,1 |  |  |  |  |  |  |
|  | 1 |  |  |  |  |  |  |  |  |
| 27 | 3,1,3,1 |  |  |  |  |  |  |  |  |
| 28 | 4 |  |  |  |  |  |  |  |  |
| 29 | 1,9 |  |  |  |  |  |  |  |  |
| 38 | 1,4,1,3 |  |  |  |  |  |  |  |  |
|  | 1 |  |  |  |  |  |  |  |  |
| 40 | 3,1,2,1 |  |  |  |  |  |  |  |  |